**GreenspoonMarder** LLP

Kelly Purcaro, Partner
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

June 28, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

  Re: **Atlas Data Privacy Corp., et al. v. US Data Corporation, et al.**
     **Case No. 1:24-cv-07324**
     **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

  This firm represents the Defendant US Data Corporation ("Defendant") in the above-referenced matter. We write to advise the Court that, although this matter was only recently removed subsequent to the filing, Defendant requests to join the Consolidated Motion to Dismiss Brief, which was previously filed on June 10, 2024 under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice. Defendant further respectfully requests that all other deadlines in this matter be stayed until a decision on the Consolidated Motion to Dismiss.

        Respectfully submitted,

        */s/ Kelly B. Purcaro*

        KELLY PURCARO