IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| US DATA CORPORATION, et al. | : | NO. 24-7324 |

ORDER

AND NOW, this 28th day of June, 2024, upon consideration of the letter from Defendant dated June 28, 2024 (Doc. #6), it is hereby ORDERED that:

(1)  Defendant US Data Corporation may join in the Consolidated Motion to Dismiss Brief which was filed in <u>Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.</u>, Civil Action No. 24-4105 (Doc. #27).

(2)  This action is stayed pending further order of the court, except as to any motion of Plaintiffs to remand and any discovery and briefing by the parties on subject matter jurisdiction.

BY THE COURT:

/s/ Harvey Bartle III
J.