```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :      CIVIL ACTION
CORPORATION, et al.             :
                                :
       v.                       :
                                :
US DATA CORPORATION, et al.     :      NO. 24-7324
```

## ORDER

AND NOW, this 28th day of June, 2024, it is hereby ORDERED that Plaintiff Atlas Data Privacy Corporation shall file on or before July 12, 2024 on the docket a notice as to whether it <u>intends</u> to file a motion to remand this action.

BY THE COURT:

/s/ Harvey Bartle III
                              J.