# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> US DATA CORPORATION, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Case No. 1:24-cv-07324-HB |

## NOTICE

PLEASE TAKE NOTICE, pursuant to the Court's July 1, 2024, Order (Dkt. 8), Plaintiff Atlas Data Privacy Corporation states that it will not be seeking remand in this action.

Dated: July 9, 2024                              Respectfully submitted,

                                                 **PEM LAW LLP**

                                                 By: s/ *Rajiv D. Parikh*
                                                      Rajiv D. Parikh
                                                      Kathleen Barnett Einhorn
                                                      One Boland Drive, Suite 101
                                                      West Orange, New Jersey 07052
                                                      Tel: (973) 577-5500
                                                      rparikh@pemlawfirm.com
                                                      keinhorn@pemlawfirm.com
                                                      *Attorneys for Plaintiffs*

1