

Rajiv D. Parikh, Esq.
Partner
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5330

October 10, 2024

**VIA CM/ECF**
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    *In re : Daniel's Law Compliance Litigation (D.N.J.)*
             **L. Civ. R. 7.1.1. Disclosure**

Dear Judge Bartle:

    We write on behalf of plaintiff Atlas Data Privacy Corporation ("Atlas") in the above referenced actions. As the Court is aware, Local Civil Rule 7.1.1 requires that a statement be filed promptly following the use of third-party litigation funds for attorneys' fees or expenses for the litigation. Because Atlas anticipates utilizing such funds shortly, kindly accept this letter as Atlas' statement pursuant to the Local Rule.

    As set forth in the Local Rule, Atlas provides the following information:

    *1.*    *The identity of the funder(s), including the name, address, and if a legal entity, its place of formation:*

| | |
|---|---|
| Name: | Atlas Litigation Support LLC |
| | c/o Parabellum Capital LLC |
| Address: | 810 Seventh Avenue, Suite 1700 |
| | New York, New York 10019 |
| Place of Formation: | Delaware |



2. *Whether the funder's approval is necessary for litigation or settlement decisions in the action and if the answer is in the affirmative, the nature of the terms and conditions relating to that approval:*

    The funder's approval is not necessary for any litigation or settlement decisions in these actions.

3. *A brief description of the nature of the financial interest:*

    Non-recourse financing provided to Atlas, collateralized by litigation proceeds.

Thank you for the Court's continued assistance with these matters.

    Respectfully submitted,

    **PEM LAW LLP**

    *s/ Rajiv D. Parikh*

    RAJIV D. PARIKH

RDP:JAM

c:    All counsel of record (*via* CM/ECF)
      Mark Mao, Esq.
      John Yanchunis, Esq.
      Adam Shaw, Esq.
      Ryan McGee, Esq.
      Jessica Merejo, Esq.