UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: December 10, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**        **DOCKET NO.:** 24-7324 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
US DATA CORPORATION., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.

                                                                  s/Lawrence Macstravic
                                                                  Deputy Clerk

Time Commenced: 10:54a.m.    Time Adjourned: 10:55a.m.    Total Time in Court: 0:01