# GreenspoonMarder LLP

Kelly Purcaro, Partner
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

June 24, 2025

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    **Atlas Data Privacy Corp., et al. v. US Data Corporation, et al.**
              **Case No. 2:24-cv-07324**
              **Docket Entry 46 – Order to produce takedown notices**

Dear Judge Bartle:

    This firm represents the Defendant US Data Corporation ("Defendant") in the above-referenced matter. We respectfully request that Docket Entry 46, ORDER: Atlas shall produce to defendants on or before July 16, 2025 the dates the takedown notices were sent to the defendants as well as the "category" of covered person into which each assignor fits, be revised to state that: **Atlas shall produce to defendants on or before July 16, 2025 the dates the takedown notices were "received by" defendants**, rather than the date sent to defendants. I've spoken with Plaintiffs' Counsel, Rajiv D. Parikh, about this request. Plaintiffs consent with the caveat that they intend to produce the date of delivery of the takedown notices.

    Thank you for your consideration.

                                            Respectfully submitted,

                                            *Kelly M. Purcaro*

                                            KELLY PURCARO