```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                :      CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
ACCUZIP, INC., et al.             :      NO. 24-4383


ATLAS DATA PRIVACY                :      CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
JOY ROCKWELL ENTERPRISES,         :      NO. 24-4389
INC., et al.                      :


ATLAS DATA PRIVACY                :      CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
THE ALESCO GROUP, L.L.C.          :      NO. 24-5656


ATLAS DATA PRIVACY                :      CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
SEARCHBUG, INC.                   :      NO. 24-5658


ATLAS DATA PRIVACY                :      CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
US DATA CORP., et al.             :      NO. 24-7324
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DARKOWL, LLC, et al. | : | NO. 24-10600 |

ORDER

AND NOW, this 18th day of November 2025, it is hereby ORDERED that the deadline for plaintiffs to answer or otherwise respond to defendants' counterclaims is extended to and including December 19, 2025.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.