UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   January 7, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   KIMBERLY WILSON

**TITLE OF CASE:**          **DOCKET NO.:** 24-7324 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
US DATA CORPORATION., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                                                                    s/Lawrence Macstravic
                                                                    Deputy Clerk

Time Commenced: 11:04a.m.    Time Adjourned: 11:06a.m.    Total Time in Court: 0:02